AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**DAVID ANTHONY SCOTT,**

       **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**OFFICER RALPH JARRELL, et al.,**    CASE NO.  C2-11-550
                                                           **JUDGE EDMUND A. SARGUS, JR.**
       **Defendants.**                **MAGISTRATE JUDGE NORAH MCCANN KING**

\_\_\_    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

    **Pursuant to the OPINION AND ORDER filed January 4, 2012, JUDGMENT is hereby entered DISMISSING this action.**

Date: January 4, 2012                                JAMES BONINI, CLERK

                                                       */S/ Andy F. Quisumbing*
                                                       (By) Andy F. Quisumbing
                                                       Courtroom Deputy Clerk